A IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:19-CV-143-KDB-DCK

| | |
|---|---|
| A PLACE FOR MOM, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AFFINITY LIVING GROUP, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Matthew W. Krueger-Andes, concerning Gavin W. Skok on November 20, 2019. Gavin W. Skok seeks to appear as counsel *pro hac vice* for Plaintiff, A Place For Mom, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Gavin W. Skok is hereby admitted *pro hac vice* to represent Plaintiff, A Place For Mom, Inc.

**SO ORDERED**.

Signed: November 21, 2019

David C. Keesler
United States Magistrate Judge